# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Carter, Austin E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Middle District of Georgia | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>433 Cherry Street, First Floor<br>Macon, GA 31201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | M. Gary Carter, M.D., P.A. |
| 2. | Member, Board of Directors | Vine Ingle Little League |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Mulberry Street United Methodist Church |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Continuing Legal Education in Georgia | 12/13/18 to 12/14/18 | Greensboro, GA | Bankruptcy CLE | hotel, meals |
| 2. | Coastal Bankruptcy Law Institute | 04/19/18 to 04/20/18 | Savannah, GA | Bankruptcy CLE | hotel, meals, local transportation |
| 3. | Drake Bankruptcy American Inn of Court | 06/18/18 | Atlanta, GA | Annual Meeting | meal, golf |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Accounts; State Bank & Trust | A | Interest | J | T | | | | | |
| 2. Brokerage Account (IRA) | | | | | | | | | |
| 3. - Pepsico common stock | A | Dividend | J | T | | | | | |
| 4. - First Trust Sabrient Bakers Dozen Port 2018 Series Term 02/28/2017 | A | Dividend | J | T | Buy | 03/01/18 | J | | |
| 5. - First Trust Sabrient Bakers Dozen Port 2017 Series Term 02/24/17 | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 6. - Invesco S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 7. - Weyerhauser Co. | A | Dividend | J | T | | | | | |
| 8. - Raymond James Bank, N.A. | A | Interest | J | T | | | | | |
| 9. Vanguard Equity Income Fund (IRA) | C | Dividend | M | T | | | | | |
| 10. Dodge & Cox International Stock Fund (IRA) | A | Dividend | J | T | | | | | |
| 11. Franklin Mutual Beacon Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. SunTrust Bank 401(k) Account | | | | | | | | | |
| 13. - Vanguard Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 14. - Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 15. - Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | | | | | |
| 16. - Vanguard Target Retirement 2040 Fund | A | Dividend | K | T | | | | | |
| 17. Mass Mutual Whole Life Policy | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OneAmerica (State Life) Whole Life Policy (1/3 ownership) | A | Dividend | J | T | | | | | |
| 19. Mass Mutual Whole Life Policy (1/4 ownership) | C | Dividend | L | T | | | | | |
| 20. Mass Mutual Whole Life Policy (1/3 ownership) | D | Dividend | M | T | | | | | |
| 21. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 22. - Vanguard Moderate Age-Based Portfolio | | None | J | T | | | | | |
| 23. - Vanguard Value Index Fund | | None | J | T | | | | | |
| 24. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 25. - Vanguard Value Index Fund | | None | J | T | | | | | |
| 26. - Vanguard Aggressive Age-Based Portfolio | | None | J | T | Buy | 01/04/18 | J | | |
| 27. - Vanguard Aggressive Age-Based Portfolio | | None | J | T | Sold | 01/04/18 | J | A | |
| 28. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 29. - Vanguard Aggressive Growth Portfolio | | None | J | T | | | | | |
| 30. - Vanguard Value Index Fund | | None | J | T | | | | | |
| 31. Taverna Buckhead, LP | | None | J | U | | | | | |
| 32. Westpath--United Methodist Personal Investment Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 6. On 2017 report, this fund appeared as "Guggenheim S&P Equal Weight ETF." The name was changed to "Invesco S&P Equal Weight ETF" on 06/05/18.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Austin E. Carter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544